| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter   11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | North American Builders Supply, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-0934422 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 1111 S. Bridge Street <br> Yorkville, IL 60560 <br> Number, Street, City, State & ZIP Code <br><br> Kendall <br> County <br><br> **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

Debtor   North American Builders Supply, Inc.  _____  Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor __North American Builders Supply, Inc._____  Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  North American Builders Supply, Inc.                                  Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 3, 2025
              MM / DD / YYYY

X  /s/   Paul McCue                                    Paul McCue
   Signature of authorized representative of debtor    Printed name

   Title  President

**18. Signature of attorney**

X  /s/ Joel Schechter                              Date   December 3, 2025
   Signature of attorney for debtor                       MM / DD / YYYY

   Joel Schechter
   Printed name

   Law Offices of Joel A. Schechter
   Firm name

   53 West Jackson Blvd, Suite 860
   Suite 1522
   Chicago, IL 60604
   Number, Street, City, State & ZIP Code

   Contact phone  (312) 332-0267    Email address   joelschechter1953@gmail.com

   3122099 IL
   Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor   North American Builders Supply, Inc.

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 3, 2025
              MM / DD / YYYY

X /s/ Paul McCue
Signature of authorized representative of debtor

Paul McCue
Printed name

Title   President

**18. Signature of attorney**

X /s/ Joel Schechter
Signature of attorney for debtor

Date   December 3, 2025
       MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd, Suite 660
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267     Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | North American Builders Supply, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bluetape, Inc. c/o Rifkind Patrick LLC 3025 North Lincoln Avenue Chicago, IL 60657 | | line of credit | | | | $503,219.40 |
| Central Bank Illinois 340 May Mart Drive Rochelle, IL 61068 | | miscellaneous lumber, windows, doors, trim, siding and hardware miscellaneous computers, printers, camera system, software, fans, security system, television, microwave, refrigerators, displays, file cabinets, racks Yale 5000 forklift, Princeton PB55, miscellaneous saws, racks, pallets, jacks, shelving, tools, ladders, compressors | | $303,232.49 | $356,675.00 | $94,131.21 |
| Divvypay, LLC c/o Spilotro Law Group, LLC 6160 N. Cicero Avenue Suite 650 Chicago, IL 60646 | | | | | | $57,550.86 |

Debtor   North American Builders Supply, Inc.　　　　　　　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FNBO Bank/Fiserv<br>1620 Dodge St.<br>SC: 3317<br>Omaha, NE 68197 | | | | | | $39,748.00 |
| Hutchison Lumber<br>940 East Main Street<br>P.O. Box 358<br>Manchester, IA 52057 | | Trade debt | | | | $35,667.00 |
| Jeske<br>1800 West Capital Drive<br>Appleton, WI 54914 | | Trade debt | | | | $30,456.00 |
| Kapitus Servicing, Inc.<br>2500 Wilson Boulevard<br>Suite 350<br>Arlington, VA 22201 | | line of credit | Disputed | | | $149,595.50 |
| Landquist & Son, Inc.<br>c/o Kevin Posen<br>Teller, Levit & Silvertrust, P.C.<br>200 West Monroe Street, Suite 900<br>Chicago, IL 60606 | | | | | | $43,963.00 |
| Michael & Deanna Krejci<br>197 Secretariat Court<br>Wheaton, IL 60189 | | | Unliquidated<br>Disputed | | | $23,000.00 |
| Mid-West Wholesale Hardware Co.<br>c/o Mages & Price LLC<br>1110 West Lake Cook Road<br>Suite 385<br>Buffalo Grove, IL 60089 | | | | | | $18,540.20 |
| Mr. & Mrs. Khalid<br>c/o Brendan Appel<br>191 Waukegan Road<br>Suite 360<br>Northfield, IL 60093 | | | | | | $18,000.00 |
| Orgill Inc.<br>c/o Hoevel & Associates, P.C.<br>3935 North Western Avenue, Suite 1N<br>Chicago, IL 60618 | | | | | | $34,997.58 |
| Patriot Truss & Components, LLC<br>8328 Colorado Street<br>Merrillville, IN 46410 | | | Disputed | | | $41,356.26 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Debtor  North American Builders Supply, Inc.  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Proventure Capital, LLC<br>c/o Erica R. Gilerman<br>515 Madison Avenue<br>Suite 8108<br>New York, NY 10022 | | line of credit | Disputed | | | $21,635.00 |
| Quaker Window Products Co.<br>c/o Shacter Law<br>1603 Orrington Avenue<br>Suite 600<br>Evanston, IL 60201 | | Trade debt | | | | $59,486.00 |
| Runnion Equipment Company<br>c/o Teller Levit & Silvertrust, P.C.<br>200 West Monroe St., Suite 900<br>Chicago, IL 60606 | | | Disputed | | | $29,705.66 |
| US Glu Lam<br>2150 Dolton Road<br>Calumet City, IL 60409 | | Trade debt | | | | $35,635.00 |
| Vicente Roofing<br>609 Kensington Place<br>Aurora, IL 60506 | | Trade debt | | | | $17,000.00 |
| Viking Forest Products, LLC<br>c/o Mark A. Kirkorsky, P.C.<br>1119 W. Southern Avenue<br>Suite 200<br>Mesa, AZ 85210 | | | | | | $23,465.10 |
| Vinylmax, LLC<br>c/o Keating Muething & Klekamp PLL<br>One East Fourth Street<br>Suite 1400<br>Cincinnati, OH 45202 | | | | | | $35,246.69 |

ABC Supply
c/o Ross, Stuart & Dawson, Inc.
345 N. Main Street, #396
Clawson, MI 48017-9998


ADP
P.O. Box 830272
Philadelphia, PA 19182


Bluelinx
c/o Leviton Law Firm, Ltd.
One Pierce Place Suite 725W
Itasca, IL 60143


Bluetape, Inc.
c/o Rifkind Patrick LLC
3025 North Lincoln Avenue
Chicago, IL 60657


BN Management
53 Crooked Creek Drive
Yorkville, IL 60560


Bridge Street Lumber, LLC
1111 S. Bridge Street
Yorkville, IL 60560


Butler County Clerk of Courts
Government Services Center
315 High Street Suite 550
Hamilton, OH 45011-6016


Capital One
P.O. Box 4069
Carol Stream, IL 60197-4069


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Central Bank Illinois
340 May Mart Drive
Rochelle, IL 61068


Clark Dietrich
9050 Centre Pointe Drive
Suite 400
West Chester, OH 45069


Cook County Lumber
c/o Atradius Collections Inc.
3500 Lacey Road Suite 220
Downers Grove, IL 60515


Coveted Funding LLC
1906 Jeanette Avenue
Saint Charles, IL 60174

```
Crystal Windows
1300 W. 35th Street
Chicago, IL 60609


Daniel P. Fitzgerald
1220 Iroquois Avenue
Suite 104
Naperville, IL 60563


Divvypay, LLC
c/o Spilotro Law Group, LLC
6160 N. Cicero Avenue Suite 650
Chicago, IL 60646


Domanus
c/o Donald Segel
525 West Monroe St. Suite 2360
Chicago, IL 60661


Douglas C. Giese
Swanson Martin & Bell, LLP
2525 Cabot Drive Suite 204
Lisle, IL 60532


Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-0108


FNBO Bank/Fiserv
1620 Dodge St.
SC: 3317
Omaha, NE 68197


Great Northern Lumber
P.O. Box 780411
Philadelphia, PA 19178


Hutchison Lumber
940 East Main Street
P.O. Box 358
Manchester, IA 52057


Jeske
1800 West Capital Drive
Appleton, WI 54914


John P. Cooney
Cooney Corso & Moynihan LLC
1311 Butterfield Road Suite 308
Downers Grove, IL 60515


Kapitus Servicing, Inc.
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201
```

Landquist & Son, Inc.
c/o Kevin Posen
Teller, Levit & Silvertrust, P.C. 200 We
Chicago, IL 60606

Lane McCaslin
12230 Cashlenan Lance
New Lenox, IL 60451

Larson
2333 Eastbrook Drive
Brookings, SD 57006

Manion's
7705 305th Street
Saint Cloud, MN 56303

McMahon
W213N15910 Industrial Drive
Jackson, WI 53037

Merchant Services
P.O. Box 6010
Hagerstown, MD 21741-6010

Michael & Deanna Krejci
197 Secretariat Court
Wheaton, IL 60189

Mid-West Wholesale Hardware Co.
c/o Mages & Price LLC
1110 West Lake Cook Road Suite 385
Buffalo Grove, IL 60089

Migdal Law Group LLP
29 East Madison Street
Suite 1200A
Chicago, IL 60602

Momkus LLP
1001 Warrenville Road
Suite 500
Lisle, IL 60532

Mr. & Mrs. Khalid
c/o Brendan Appel
191 Waukegan Road Suite 360
Northfield, IL 60093

Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230

OGF Capital LLC
151 County Road 516
Suite 69
Old Bridge, NJ 08857

Orgill Inc.
c/o Hoevel & Associates, P.C.
3935 North Western Avenue, Suite 1N
Chicago, IL 60618


Patriot Truss & Components, LLC
8328 Colorado Street
Merrillville, IN 46410


Paul McCue
6205 Ravine Court
Yorkville, IL 60560


PLS Check Cashers of Illinois, Inc.
800 Jorie Boulevard
Oak Brook, IL


Proventure Capital, LLC
c/o Erica R. Gilerman
515 Madison Avenue Suite 8108
New York, NY 10022


Quaker Window Products Co.
c/o Shacter Law
1603 Orrington Avenue Suite 600
Evanston, IL 60201


Runnion Equipment Company
c/o Teller Levit & Silvertrust, P.C.
200 West Monroe St., Suite 900
Chicago, IL 60606


Runnion Equipment Company
6201 East Avenue
Hodgkins, IL 60525


Sherwood Lumber
c/o The Law Firm of Elias C. Schwartz, P
343 Great Neck Road
Great Neck, NY 11021


Simpson Strong-Tie
5956 W. Las Positas Blvd.
Pleasanton, CA 94588


US Glu Lam
2150 Dolton Road
Calumet City, IL 60409


Vicente Roofing
609 Kensington Place
Aurora, IL 60506


Viking Forest Products, LLC
c/o Mark A. Kirkorsky, P.C.
1119 W. Southern Avenue Suite 200
Mesa, AZ 85210

```
Vinylmax, LLC
c/o Keating Muething & Klekamp PLL
One East Fourth Street Suite 1400
Cincinnati, OH 45202


Wausau Supply
P.O. Box 296
Wausau, WI 54402-0296


Wennlund & Associates
339 Alana Drive
New Lenox, IL 60448


William Hardesty
1938 East Lincoln Highway
Suite 214
New Lenox, IL 60451


Woolf Distributing Company, Inc.
c/o Jamie R. Wombacher
2460 Lake Shore Drive
Woodstock, IL 60098
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: North American Builders Supply, Inc.
Debtor(s)

Case No. _____
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  North American Builders Supply, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 3, 2025
Date

Joel Schechter
Signature of Attorney or Litigant
Counsel for  North American Builders Supply, Inc.
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 860
Suite 1522
Chicago, IL 60604
(312) 332-0267  Fax:
joelschechter1953@gmail.com