# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| **JUDGE** | Jacqueline P. Cox | **Case No.** | 25 B 18572 |
|---|---|---|---|
| **DATE** | December 4, 2025 | **Adversary No.** | |
| **CASE TITLE** | North American Builders Supply, Inc. | | |
| **TITLE OF ORDER** | Order Granting Application to Set Hearing on Emergency Motion (Docket No. 3) | | |

**DOCKET ENTRY TEXT**

Order Granting Application to Set Hearing on Emergency Motion [Docket No. 3]

**STATEMENT**

This matter came before the court on the application of North American Builders Supply, Inc. to set a hearing on emergency motion.

IT IS ORDERED:

The application to set hearing on emergency motion is granted. The motion must be filed and noticed for presentment on December 8, 2025, at 9:15 a.m. before Judge Slade in courtroom 642. Parties may attend in person or remotely using the Zoom for Government platform. The Zoom Meeting ID is 160 817 7512 and the passcode is 623389. Notice of hearing on the emergency motion must comply with Local Bankruptcy Rule 9013-2E.

ENTERED:

Michael B. Slade
United States Bankruptcy Judge